# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-1212
_____

Amber Ybarra

*Plaintiff - Appellant*

v.

Arkansas Department of Correction; Leroy Hoots, Corporal, McPherson Unit,
ADC; Linda Dixon, Major, McPherson Unit, ADC

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Batesville
_____

Submitted: August 12, 2013
Filed: August 15, 2013
[Unpublished]
_____

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.
_____

PER CURIAM.

Amber Ybarra appeals following the district court's[1] adverse entry of judgment on a jury verdict in her 42 U.S.C. § 1983 action. Having carefully reviewed the parties' submissions and the record before us on appeal, we conclude that Ybarra's claims are not susceptible to meaningful review because she failed to provide a transcript of the trial proceedings. *See* Fed. R. App. P. 10(b)(1) (discussing appellant's duty to order transcript); *Schmid v. United Bhd. of Carpenters & Joiners of Am.*, 827 F.2d 384, 385–86 (8th Cir. 1987) (per curiam) (where pro se appellant did not order trial transcript, appellate court could not review challenges to evidentiary rulings or to sufficiency of evidence). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

———————————————————

[1]The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.